United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BRUNO PAUL VINCES ROMERO, § | | |
| "Petitioner," § | | |
| § | | |
| v. § | Civil Action No. 1:25-cv-00287 | |
| § | | |
| KRISTI NOEM, et al., § | | |
| "Respondents." § | | |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal of Writ of Habeas Corpus Petition" (Dkt. No. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner's claims against Respondents are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on December 9, 2025.

_____
Rolando Olvera
United States District Judge